```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA        :

                                :      CRIMINAL 2:12cr039

         v.                     :

                                :              ORDER

BYRAM HUFF                      :
```

     The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

     It is on this  6th  day of February 2012,

     O R D E R E D  that RICHARD COUGHLIN, Federal Public Defender for the District of New Jersey by Candace Hom, Esq. is hereby appointed to represent said defendant in this cause until further order of the Court.

     Further Ordered that if defendant does in fact have assets which are discovered after trial, defendant will be required to reimburse the government for the cost of counsel.

```
                        S/DENNIS M. CAVANAUGH
                        DENNIS M. CAVANAUGH
                        United States District Judge
```

cc: Defendant
    Federal Public Defender
    United States Attorney